# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | § | Case No. 20-25057 |
| | § | |
| DAVID S FLETCHER | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/02/2020. The undersigned trustee was appointed on 11/02/2020.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $347,777.36

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $28,290.21 |
| Bank service fees | $2,009.08 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $317,478.07 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/08/2021 and the deadline for filing government claims was 05/01/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $20,638.87. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $20,638.87, for a total compensation of $20,638.87[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $209.03, for total expenses of $209.03.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/21/2022　　　　　　　　　By:　/s/ Kimberly Husted
　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit A

| | |
|---|---|
| Case No.: | 20-25057-E-7 |
| Case Name: | FLETCHER, DAVID S |
| For the Period Ending: | 4/21/2022 |

| | |
|---|---|
| Trustee Name: | Kimberly Husted |
| Date Filed (f) or Converted (c): | 11/02/2020 (f) |
| §341(a) Meeting Date: | 12/04/2020 |
| Claims Bar Date: | 03/08/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 713 Saddleback Drive Marysville CA 65901 | $100,000.00 | $0.00 | | $100,000.00 | FA |
| 2 | 1614 Campos Drive The Villages FL 32162 | $170,000.00 | $0.00 | | $47,777.36 | FA |
| Asset Notes: | amended by document 86 on 1-14-21, then lien amended by document172 on 4-14-21 to $133,000. Document 1 declared value of $132,000. Property was liquidated during chapter 13. Liquidated proceeds provided $47, 777.36 | | | | | |
| 3 | 639 Mayer Rd. Marysville CA 95901 | $140,000.00 | $0.00 | | $150,000.00 | FA |
| Asset Notes: | amended by document172 on 4-14-21 to $140,000. document #1 lists value at $150,000 | | | | | |
| 4 | 2019 Ford F150 Mileage: 50000 | $60,000.00 | $45,285.00 | | $0.00 | FA |
| Asset Notes: | amended by document172 on 4-14-21 adding lien of $14,715 | | | | | |
| 5 | 2001 Ford F350 Mileage: 225,000 miles | $2,000.00 | $675.00 | | $0.00 | FA |
| 6 | 1999 Ford F350 Mileage: 00 | $1,325.00 | $0.00 | | $0.00 | FA |
| 7 | Household goods and furniture | $1,200.00 | $0.00 | | $0.00 | FA |
| 8 | Clothing | $200.00 | $0.00 | | $0.00 | FA |
| 9 | Wedding ring | $2,000.00 | $0.00 | | $0.00 | FA |
| 10 | Sierra Central Credit Union | $195.00 | $195.00 | | $0.00 | FA |
| 11 | Office equipment for business | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 12 | Landscape Equipment used for business, two wood chippers valued at $20,000 each | $40,000.00 | $0.00 | | $50,000.00 | FA |
| Asset Notes: | value amended by document172 on 4-14-21 from $5,000 in document #1 to $40,000 secured by lien from Hanmi Bank for $48,501 | | | | | |
| 13 | AUTOMOBILES 2018 Ford F150 80,000 miles used for business only (u) | $20,000.00 | $10.00 | | $0.00 | FA |
| Asset Notes: | amended by document172 on 4-14-21 | | | | | |
| 14 | AUTOMOBILES-2018 Ford F150, 60,000 miles used for business only (u) | $20,000.00 | $20,000.00 | | $0.00 | FA |
| Asset Notes: | amended by document172 on 4-14-21 | | | | | |
| 15 | AUTOMOBILES-2014 Ford Edge (u) | $14,500.00 | $14,500.00 | | $0.00 | FA |
| 16 | AUTOMOBILES- 2007 Freightliner Condor (u) | $82,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | amended by document172 on 4-14-21, and lien added | | | | | |
| 17 | AUTOMOBILES-2018 Ford F150, 89,000 miles (u) | $20,000.00 | $20,000.00 | | $0.00 | FA |
| Asset Notes: | 60,000 miles used for business only, added by amendment document 172 on 4-14-21 | | | | | |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2     Exhibit A

| Case No.: | 20-25057-E-7 | Trustee Name: | Kimberly Husted |
| Case Name: | FLETCHER, DAVID S | Date Filed (f) or Converted (c): | 11/02/2020 (f) |
| For the Period Ending: | 4/21/2022 | §341(a) Meeting Date: | 12/04/2020 |
| | | Claims Bar Date: | 03/08/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **TOTALS (Excluding unknown value)** | | $675,420.00 | $102,665.00 | $347,777.36 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 03/17/2022 | cased originally filed as chapter 7 on 11-2-20 , but then converted to chapter 13 on 1-5-21 by ECF 72. then converted back to chapter 7 on 5-19-21, by ECF 202. Debtor liquidated Florida Property asset 2 during the Chapter 13 period resulting in turn over of proceeds. Compromise stipulation with EDD approved by the court to reduce EDD claim paid at distribution. |
| 01/10/2022 | CPA Fees granted as a final ruling 1/6/22. No minute order yet. When paid the case is ready for TFR. |
| 12/22/2021 | Fee applications for DNLC and for Trustee fees are approved. |
| 11/09/2021 | No Federal tax due with Estate tax return, just $500 owed to State. CPA fees to be approved 1/6/22. Counsel fees to be considered 12/9/21 |
| 11/01/2021 | Motion to approve the EDD stipulation was approved and claim is updated. Preparing Estate Tax return with CPA in need of tax Basis information on the variety of asst sold back to Debtor. Need Trustee counsel and CPA fees submitted before TFR. |
| 09/28/2021 | Motion to approve the stipulation with the EDD over handling of their claim was approved by the court. After tax returns and professionals are paid we will be ready to TFR. |
| 08/20/2021 | Settlment with Fletcher was approved by the court, but the AP against Lisa Fletcher is continued to 10/13 at 2:00 pm unless dismissed through full satisfaction of the terms of the underlying global agreement approved 8/12/21. |
| 07/14/2021 | Asset purchase and global compromise is signed by Debtor and Spouse, amount is fully funded in Debtor counsel Client Trust account. Motion being prepared to approve the compromise that will settle the Adversary proceeding against Lisa Fletcher and the buy back of the debtor business operation, Fletcher's Landscape and Maintenance. |
| 05/24/2021 | Notice of Reconversion filed on Pacer today. We are reappointed to the case administration. next 341 is set for 6/25 at 9:00 am |
| 04/06/2021 | Florida house was sold by Debtor in February 2021 without court approval and without turn over of the proceeds per CH 13 declaration filed with the court. CH 13 Trustee seeks to have matter reconverted to CH 7. Hearing on the sale to be approved 4/20 but reconversion to be heard 5/19. |
| 12/04/2020 | Debtor confirmed today the Fletcher Landscape Maintenance business is a sole proprietor, operating with 2 employees. Counsel is hired, real estate agent for selling the Florida property is hired and sale will be set for 1/5/2021, which is the same date as the debtor request to convert to CH 13. Hiring CPA now to assist with preparing the MOR for the business and asking Counsel to file a request for the Estate to operate the business for several months while the matters are sorted through. |

| Initial Projected Date Of Final Report (TFR): | 12/30/2022 | Current Projected Date Of Final Report (TFR): | /s/ KIMBERLY HUSTED |
| | | | KIMBERLY HUSTED |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 20-25057-E-7 | | Trustee Name: | Kimberly Husted |
|---|---|---|---|---|
| Case Name: | FLETCHER, DAVID S | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4830 | | Checking Acct #: | ******5057 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/2/2020 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/21/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/15/2021 | (2) | Chapter 13 Trustee David Cusick | Turn over of home sale proceeds | 1110-000 | $47,777.36 | | $47,777.36 |
| 07/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $36.03 | $47,741.33 |
| 08/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $69.62 | $47,671.71 |
| 09/08/2021 | | DOUGLAS B. JACOBSTRUST ACCOUNT  CA STATE BA | Payment on compromise approved by the court | * | $300,000.00 | | $347,671.71 |
| | {1} | | Payment on compromise approved by the court    $100,000.00 | 1110-000 | | | $347,671.71 |
| | {3} | | Payment on compromise approved by the court    $150,000.00 | 1110-000 | | | $347,671.71 |
| | {12} | | Payment on compromise approved by the court    $50,000.00 | 1129-000 | | | $347,671.71 |
| 09/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $386.32 | $347,285.39 |
| 10/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $506.44 | $346,778.95 |
| 11/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $505.70 | $346,273.25 |
| 12/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $504.97 | $345,768.28 |
| 01/03/2022 | 20001 | J. Russell Cunningham | Payment per order #332 for fees and expenses | * | | $24,212.22 | $321,556.06 |
| | | | Payment per order #332 for fees    $(23,167.72) | 3210-000 | | | $321,556.06 |
| | | | Payment per order #332 for expenses    $(1,044.50) | 3220-000 | | | $321,556.06 |
| 01/14/2022 | 20002 | Michael Gabrielson | Payment of fees and expenses per order ecf 339 | * | | $4,077.99 | $317,478.07 |
| | | | Payment of fees  per order ecf 339    $(3,978.50) | 3410-000 | | | $317,478.07 |
| | | | Payment of expenses per order ecf 339    $(99.49) | 3420-000 | | | $317,478.07 |
| 02/16/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $317,478.07 | $0.00 |

| | | | SUBTOTALS | | $347,777.36 | $347,777.36 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 20-25057-E-7 | |
| **Case Name:** | FLETCHER, DAVID S | |
| **Primary Taxpayer ID #:** | **-***4830 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/2/2020 | |
| **For Period Ending:** | 4/21/2022 | |

| | | |
|---|---|---|
| **Trustee Name:** | Kimberly Husted | |
| **Bank Name:** | Independent Bank | |
| **Checking Acct #:** | ******5057 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $5,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $347,777.36 | $347,777.36 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $317,478.07 | |
| **Subtotal** | $347,777.36 | $30,299.29 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $347,777.36 | $30,299.29 | |

| For the period of 11/2/2020 to 4/21/2022 | | For the entire history of the account between 07/15/2021 to 4/21/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $347,777.36 | Total Compensable Receipts: | $347,777.36 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $347,777.36 | Total Comp/Non Comp Receipts: | $347,777.36 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $30,299.29 | Total Compensable Disbursements: | $30,299.29 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30,299.29 | Total Comp/Non Comp Disbursements: | $30,299.29 |
| Total Internal/Transfer Disbursements: | $317,478.07 | Total Internal/Transfer Disbursements: | $317,478.07 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 20-25057-E-7 | Trustee Name: | Kimberly Husted |
|---|---|---|---|
| Case Name: | FLETCHER, DAVID S | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4830 | Checking Acct #: | ******5701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 11/2/2020 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/21/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/16/2022 | | Veritex Community Bank | Transfer Funds | 9999-000 | $317,478.07 | | $317,478.07 |
| | | | TOTALS: | | $317,478.07 | $0.00 | $317,478.07 |
| | | | Less: Bank transfers/CDs | | $317,478.07 | $0.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

| For the period of 11/2/2020 to 4/21/2022 | | For the entire history of the account between 02/16/2022 to 4/21/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $317,478.07 | Total Internal/Transfer Receipts: | $317,478.07 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 20-25057-E-7 | Trustee Name: | Kimberly Husted |
|---|---|---|---|
| Case Name: | FLETCHER, DAVID S | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4830 | Checking Acct #: | ******5701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 11/2/2020 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/21/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $347,777.36 | $30,299.29 | $317,478.07 |

| For the period of 11/2/2020 to 4/21/2022 | | For the entire history of the case between 11/02/2020 to 4/21/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $347,777.36 | Total Compensable Receipts: | $347,777.36 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $347,777.36 | Total Comp/Non Comp Receipts: | $347,777.36 |
| Total Internal/Transfer Receipts: | $317,478.07 | Total Internal/Transfer Receipts: | $317,478.07 |
| | | | |
| Total Compensable Disbursements: | $30,299.29 | Total Compensable Disbursements: | $30,299.29 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30,299.29 | Total Comp/Non Comp Disbursements: | $30,299.29 |
| Total Internal/Transfer Disbursements: | $317,478.07 | Total Internal/Transfer Disbursements: | $317,478.07 |

/s/ KIMBERLY HUSTED

KIMBERLY HUSTED

| Case No. | 20-25057-E-7 | | Trustee Name: | Kimberly Husted |
|---|---|---|---|---|
| Case Name: | FLETCHER, DAVID S | | Date: | 4/21/2022 |
| Claims Bar Date: | 03/08/2021 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | KIMBERLY HUSTED<br><br>11230 Gold Express Drive, Ste 310-411<br>Gold River CA 95670 | 06/25/2021 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $20,638.87 | $20,638.87 | $0.00 | $0.00 | $0.00 | $20,638.87 |
| **Claim Notes:** | DNL-11 approved per order #333 | | | | | | | | | | | |
| | KIMBERLY HUSTED<br><br>11230 Gold Express Drive, Ste 310-411<br>Gold River CA 95670 | 11/30/2020 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $209.03 | $209.03 | $0.00 | $0.00 | $0.00 | $209.03 |
| **Claim Notes:** | approved per order #333 | | | | | | | | | | | |
| 17 | CITIBANK, N.A.<br><br>c/o NewRez LLC<br>d/b/a Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville SC 29603 | 01/19/2021 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $133,808.00 | $134,894.18 | $134,894.18 | $0.00 | $0.00 | $0.00 | $134,894.18 |
| **Claim Notes:** | (17-1) 1614 CAMPOS DR, THE VILLAGES, FL 32162 | | | | | | | | | | | |
| | MICHAEL GABRIELSON<br><br>1605 School Street<br>Moraga CA 94556 | 11/29/2020 | Accountant for Trustee Expenses (Other Firm) | Allowed | 3420-000 | $0.00 | $99.49 | $99.49 | $99.49 | $0.00 | $0.00 | $0.00 |
| | MICHAEL GABRIELSON<br><br>1605 School Street<br>Moraga CA 94556 | 11/29/2020 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $3,978.50 | $3,978.50 | $3,978.50 | $0.00 | $0.00 | $0.00 |
| | J. RUSSELL CUNNINGHAM<br><br>1830 15th St<br>Sacramento CA 95811 | 11/29/2020 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $1,044.50 | $1,044.50 | $1,044.50 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | approved by order #332 | | | | | | | | | | | |

| Case No. | 20-25057-E-7 | | | | | | | Trustee Name: | | Kimberly Husted | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | FLETCHER, DAVID S | | | | | | | Date: | | 4/21/2022 | |
| Claims Bar Date: | 03/08/2021 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | J. RUSSELL CUNNINGHAM  1830 15th St  Sacramento CA 95811 | 11/29/2020 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $23,167.72 | $23,167.72 | $23,167.72 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | DNL-10 23,167.73 amount above approved by order #332.  full amount had been $28,212.00 | | | | | | | | | | | |
| 7 | TD AUTO FINANCE LLC  P.O. Box 16041  Lewiston ME 04243 | 12/17/2020 | Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI) | Allowed | 4210-000 | $0.00 | $14,725.13 | $14,725.13 | $0.00 | $0.00 | $0.00 | $14,725.13 |
| 19 | FORD MOTOR CREDIT COMPANY LLC  P.O. Box 62180  Colorado Springs CO 80962 | 02/08/2021 | Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI) | Allowed | 4210-000 | $0.00 | $12,236.76 | $12,236.76 | $0.00 | $0.00 | $0.00 | $12,236.76 |
| **Claim Notes:** | vehicle lien amended 7/14/21 from $14,464.16 to 12,236.76 | | | | | | | | | | | |
| 1 | TD AUTO FINANCE LLC  P.O. Box 16041  Lewiston ME 04243 | 12/14/2020 | Pers. Prop. & Intangibles--Nonconsensual Liens (judgements, storage liens) | Allowed | 4220-000 | $60,000.00 | $14,715.71 | $14,715.71 | $0.00 | $0.00 | $0.00 | $14,715.71 |
| 6 | EMPLOYMENT DEVELOPMENT DEPARTMENT  Bankruptcy Group MIC 92E, PO BOX 826880  Sacramento CA 95814 | 12/17/2020 | Claims of Governmental Units | Allowed | 5800-000 | $94,107.00 | $33,901.25 | $33,901.25 | $0.00 | $0.00 | $0.00 | $33,901.25 |
| **Claim Notes:** | AMOUNT APPROVED per order #289 (6-1) Claim Filed adjusted to reflect stipulation filed with the court as DNL-9 for Sale proceeds to be used to satisfy the secured lien portion of the claim for $63,068.38 to satisfy Priority tax ($33,901.25) , Non-priority tax ($23,226.48) and interest ($5940.65). Remainder of the claims are not subject to secured lien asserted by Creditor. | | | | | | | | | | | |
| 13 | FRANCHISE TAX BOARD  BANKRUPTCY SECTION MS A340  PO BOX 2952  SACRAMENTO CA 95812-2952 | 01/07/2021 | Claims of Governmental Units | Allowed | 5800-000 | $2,500.00 | $930.91 | $930.91 | $0.00 | $0.00 | $0.00 | $930.91 |
| **Claim Notes:** | (13-1) Claim Filed | | | | | | | | | | | |

| Case No. | 20-25057-E-7 | | | Trustee Name: | Kimberly Husted |
|---|---|---|---|---|---|
| Case Name: | FLETCHER, DAVID S | | | Date: | 4/21/2022 |
| Claims Bar Date: | 03/08/2021 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | HANMI BANK<br>1107 E Pioneer Parkway<br>Arlington TX 76010 | 12/14/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $48,501.00 | $48,501.81 | $48,501.81 | $0.00 | $0.00 | $0.00 | $48,501.81 |
| **Claim Notes:** | Claim was amended from secured to unsecured | | | | | | | | | | | |
| 3 | COUNTY OF SACRAMENTO - REVENUE RECOVERY<br>700 H Street Suite 6720<br>Sacramento CA 95814 | 12/15/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $13,614.00 | $13,614.50 | $13,614.50 | $0.00 | $0.00 | $0.00 | $13,614.50 |
| 4 | CAPITAL ONE BANK (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118 | 12/16/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $5,439.00 | $5,637.87 | $5,637.87 | $0.00 | $0.00 | $0.00 | $5,637.87 |
| 5 | CAPITAL ONE BANK (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118 | 12/16/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $4,695.00 | $4,695.93 | $4,695.93 | $0.00 | $0.00 | $0.00 | $4,695.93 |
| 6a | EMPLOYMENT DEVELOPMENT DEPARTMENT<br>Bankruptcy Group MIC 92E, PO BOX 826880<br>Sacramento CA 95814 | 12/17/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $29,167.13 | $29,167.13 | $0.00 | $0.00 | $0.00 | $29,167.13 |
| **Claim Notes:** | (6-1) Claim Filed Per stipulation with the EDD filed as DNL-9 the General unsecured portion of the EDD asserted claim is $65,392.47 with $171,539.17 penalties | | | | | | | | | | | |
| 8 | JPMORGAN CHASE BANK, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison TX 75001 | 12/24/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $29,219.00 | $29,702.28 | $29,702.28 | $0.00 | $0.00 | $0.00 | $29,702.28 |
| 9 | ALADDIN BAIL BONDS<br>PO Box 2606<br>Carlsbad CA 92018-9846 | 12/29/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $4,115.00 | $1,115.00 | $1,115.00 | $0.00 | $0.00 | $0.00 | $1,115.00 |

| Case No. | 20-25057-E-7 | | Trustee Name: | Kimberly Husted |
| Case Name: | FLETCHER, DAVID S | | Date: | 4/21/2022 |
| Claims Bar Date: | 03/08/2021 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | RC WILLEY FINANCIAL SERVICES<br>PO Box 65320<br>Salt Lake City UT 84165 | 12/29/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $12,972.00 | $12,238.95 | $12,238.95 | $0.00 | $0.00 | $0.00 | $12,238.95 |
| **Claim Notes:** | Claim 10 was amended on 07/14/21.  Claim 10-2  amends the amount of the claim, as well as classifies the claim as a general unsecured claim. | | | | | | | | | | | |
| 11 | CITIBANK, N.A.<br>5800 S Corporate Pl<br>Sioux Falls SD 57108-5027 | 01/06/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $7,027.00 | $7,027.87 | $7,027.87 | $0.00 | $0.00 | $0.00 | $7,027.87 |
| **Claim Notes:** | (11-1) Money Loaned | | | | | | | | | | | |
| 12 | DEPARTMENT STORES NATIONAL BANK<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland WA 98083-0657 | 01/06/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $14,315.00 | $15,012.75 | $15,012.75 | $0.00 | $0.00 | $0.00 | $15,012.75 |
| **Claim Notes:** | (12-1) Money Loaned | | | | | | | | | | | |
| 13a | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 01/07/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,026.36 | $1,026.36 | $0.00 | $0.00 | $0.00 | $1,026.36 |
| **Claim Notes:** | (13-1) Claim Filed | | | | | | | | | | | |
| 14 | CITIBANK, N.A.<br>5800 S Corporate Pl<br>Sioux Falls SD 57108-5027 | 01/08/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $8,137.00 | $7,926.22 | $7,926.22 | $0.00 | $0.00 | $0.00 | $7,926.22 |
| **Claim Notes:** | (14-1) Money Loaned | | | | | | | | | | | |
| 15 | CITIBANK, N.A.<br>5800 S Corporate Pl<br>Sioux Falls SD 57108-5027 | 01/08/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $5,344.00 | $5,574.14 | $5,574.14 | $0.00 | $0.00 | $0.00 | $5,574.14 |
| **Claim Notes:** | (15-1) Money Loaned | | | | | | | | | | | |
| 16 | ALADDIN BAIL BONDS<br>PO Box 2606<br>Carlsbad CA 92018-9846 | 01/12/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,115.00 | $1,115.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Duplicate of claim 9 so disallowed and zero allowed | | | | | | | | | | | |

**CLAIM ANALYSIS REPORT**

| Case No. | 20-25057-E-7 | Trustee Name: | Kimberly Husted |
|---|---|---|---|
| Case Name: | FLETCHER, DAVID S | Date: | 4/21/2022 |
| Claims Bar Date: | 03/08/2021 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | BMW FINANCIAL SERVICES ATTN: CUSTOMER ACCOUNTING<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City OK 73118 | 01/31/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $80,561.33 | $80,561.33 | $0.00 | $0.00 | $0.00 | $80,561.33 |
| **Claim Notes:** | this is a lease filed as unsecured.  Vehicle was surrendered and this is the unsecured contract. | | | | | | | | | | | |
| 20 | SYNCHRONY BANK<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-0000 | 02/26/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,885.00 | $2,989.01 | $2,989.01 | $0.00 | $0.00 | $0.00 | $2,989.01 |
| 21 | ASCENTIUM CAPITAL LLC<br>23970 HWY 59 N<br>Kingwood TX 77339 | 03/04/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $11,907.00 | $50,340.70 | $50,340.70 | $0.00 | $0.00 | $0.00 | $50,340.70 |
| **Claim Notes:** | Creditor filed this claim as unsecured/non-priority due to debtor liquidating the equipment and not satisfying the lien | | | | | | | | | | | |
| 22 | SITE ONE LANDSCAPE SUPPLY<br>300 Colonial Center Pkwy Suite 550<br>Roswell GA 30076-4883 | 03/08/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $3,667.00 | $3,942.08 | $3,942.08 | $0.00 | $0.00 | $0.00 | $3,942.08 |
| 23 | PNC EQUIPMENT FINANCE COMPANY, LLC<br>c/o Tierney Watson & Heal<br>351 California St, Suite 60<br>San Francisco CA 94104 | 04/19/2022 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $29,029.26 | $29,029.26 | $29,029.26 | $0.00 | $0.00 | $0.00 | $29,029.26 |
| 6b | EMPLOYMENT DEVELOPMENT DEPARTMENT<br>Collection Division<br>Bankruptcy Group MIC 92E<br>POB 826880<br>Sacramento CA 94280 | 08/20/2021 | Fines, Penalties § 726(a)(4) | Allowed | 7300-000 | $138,189.00 | $171,539.17 | $171,539.17 | $0.00 | $0.00 | $0.00 | $171,539.17 |
| **Claim Notes:** | Per stipulation with the EDD filed as DNL-9 the General unsecured portion of the EDD asserted claim is $65,392.47 with $171,539.17 penalties | | | | | | | | | | | |
| | | | | | | $781,299.41 | $780,184.41 | $28,290.21 | $0.00 | | $0.00 | $751,894.20 |

| | | | |
|---|---|---|---|
| **Case No.** | 20-25057-E-7 | **Trustee Name:** | Kimberly Husted |
| **Case Name:** | FLETCHER, DAVID S | **Date:** | 4/21/2022 |
| **Claims Bar Date:** | 03/08/2021 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Expenses (Other Firm) | $99.49 | $99.49 | $99.49 | $0.00 | $0.00 | $0.00 |
| Accountant for Trustee Fees (Other Firm) | $3,978.50 | $3,978.50 | $3,978.50 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Expenses (Other Firm) | $1,044.50 | $1,044.50 | $1,044.50 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees (Other Firm) | $23,167.72 | $23,167.72 | $23,167.72 | $0.00 | $0.00 | $0.00 |
| Claims of Governmental Units | $34,832.16 | $34,832.16 | $0.00 | $0.00 | $0.00 | $34,832.16 |
| Fines, Penalties § 726(a)(4) | $171,539.17 | $171,539.17 | $0.00 | $0.00 | $0.00 | $171,539.17 |
| General Unsecured § 726(a)(2) | $320,188.93 | $319,073.93 | $0.00 | $0.00 | $0.00 | $319,073.93 |
| Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI) | $26,961.89 | $26,961.89 | $0.00 | $0.00 | $0.00 | $26,961.89 |
| Pers. Prop. & Intangibles--Nonconsensual Liens (judgements, storage liens) | $14,715.71 | $14,715.71 | $0.00 | $0.00 | $0.00 | $14,715.71 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $134,894.18 | $134,894.18 | $0.00 | $0.00 | $0.00 | $134,894.18 |
| Tardy General Unsecured § 726(a)(3) | $29,029.26 | $29,029.26 | $0.00 | $0.00 | $0.00 | $29,029.26 |
| Trustee Compensation | $20,638.87 | $20,638.87 | $0.00 | $0.00 | $0.00 | $20,638.87 |
| Trustee Expenses | $209.03 | $209.03 | $0.00 | $0.00 | $0.00 | $209.03 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 20-25057
Case Name: DAVID S FLETCHER
Trustee Name: Kimberly Husted

| | Balance on hand: | $317,478.07 |
|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | TD Auto Finance LLC | $14,715.71 | $14,715.71 | $0.00 | $0.00 |
| 7 | TD Auto Finance LLC | $14,725.13 | $14,725.13 | $0.00 | $0.00 |
| 17 | CITIBANK, N.A. | $134,894.18 | $134,894.18 | $0.00 | $0.00 |
| 19 | Ford Motor Credit Company LLC | $12,236.76 | $12,236.76 | $0.00 | $0.00 |

| | Total to be paid to secured creditors: | $0.00 |
|---|---|---|
| | Remaining balance: | $317,478.07 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Kimberly Husted, Trustee Fees | $20,638.87 | $0.00 | $20,638.87 |
| Kimberly Husted, Trustee Expenses | $209.03 | $0.00 | $209.03 |
| Payment per order #332 for fees , Attorney for Trustee Fees | $23,167.72 | $23,167.72 | $0.00 |
| Payment per order #332 for expenses, Attorney for Trustee Expenses | $1,044.50 | $1,044.50 | $0.00 |
| Payment of fees per order ecf 339, Accountant for Trustee Fees | $3,978.50 | $3,978.50 | $0.00 |
| Payment of expenses per order ecf 339, Accountant for Trustee Expenses | $99.49 | $99.49 | $0.00 |

| | Total to be paid for chapter 7 administrative expenses: | $20,847.90 |
|---|---|---|
| | Remaining balance: | $296,630.17 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $296,630.17 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $34,832.16 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 6 | Employment Development Department | $33,901.25 | $0.00 | $33,901.25 |
| 13 | FRANCHISE TAX BOARD | $930.91 | $0.00 | $930.91 |

| | |
|---|---:|
| Total to be paid to priority claims: | $34,832.16 |
| Remaining balance: | $261,798.01 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $319,073.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 82.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 2 | Hanmi Bank | $48,501.81 | $0.00 | $39,795.41 |
| 3 | County of Sacramento - Revenue Recovery | $13,614.50 | $0.00 | $11,170.61 |
| 4 | Capital One Bank (USA), N.A. | $5,637.87 | $0.00 | $4,625.83 |
| 5 | Capital One Bank (USA), N.A. | $4,695.93 | $0.00 | $3,852.98 |
| 6a | Employment Development Department | $29,167.13 | $0.00 | $23,931.43 |
| 8 | JPMorgan Chase Bank, N.A. | $29,702.28 | $0.00 | $24,370.52 |
| 9 | Aladdin Bail Bonds | $1,115.00 | $0.00 | $914.85 |
| 10 | RC Willey Financial Services | $12,238.95 | $0.00 | $10,041.98 |

**UST Form 101-7-TFR (5/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 11 | Citibank, N.A. | $7,027.87 | $0.00 | $5,766.32 |
| 12 | Department Stores National Bank | $15,012.75 | $0.00 | $12,317.86 |
| 13a | FRANCHISE TAX BOARD | $1,026.36 | $0.00 | $842.12 |
| 14 | Citibank, N.A. | $7,926.22 | $0.00 | $6,503.41 |
| 15 | Citibank, N.A. | $5,574.14 | $0.00 | $4,573.54 |
| 16 | Aladdin Bail Bonds | $0.00 | $0.00 | $0.00 |
| 18 | BMW Financial Services Attn: Customer Accounting | $80,561.33 | $0.00 | $66,100.03 |
| 20 | Synchrony Bank | $2,989.01 | $0.00 | $2,452.46 |
| 21 | Ascentium Capital LLC | $50,340.70 | $0.00 | $41,304.21 |
| 22 | Site One Landscape Supply | $3,942.08 | $0.00 | $3,234.45 |

Total to be paid to timely general unsecured claims: $261,798.01
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $29,029.26 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 23 | PNC Equipment Finance Company, LLC | $29,029.26 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $171,539.17 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 6b | Employment Development Department | $171,539.17 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**